1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                        IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:13-MJ-00026 EFB

12                 Plaintiff,            [PROPOSED] ORDER

13        v.

14 JOSE MANUEL AGUILERA,

15                 Defendant.

16

17

18     The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19 recall the arrest warrant in the above referenced case, 13-MJ-00026 EFB against defendant JOSE

20 MANUEL AGUILERA is GRANTED.

21 DATED:  November 6, 2013.

22                                        _____
                                          EDMUND F. BRENNAN
23                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28